# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

U-STORE
SPACE NUMBER 3A019
301 NEW YORK AVENUE, N.E.
WASHINGTON, D.C.

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

CASE NUMBER:

(Further described below)

I   Cynthia Paige Pinson being duly sworn depose and say:

I am a(n) Special Agent with the Federal Bureau of Investigation and have reason to believe
          (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**See Attachment A**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See attachments A, B and the affidavit submitted in support of the application for this warrant which attachments A, B and the affidavit are incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of crime and other contraband and property designed or intended for use as a means of committing a criminal offense.

concerning a violation of Titles 18 United States Code, Section(s) 371. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

John Carlin
Fraud and Public Corruption/5th Floor
(202) 353-2457

Signature of Affiant

Cynthia Paige Pinson., Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer    Signature of Judicial Officer