# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**U-STORE**
**SPACE NUMBER 3A019**
**301 NEW YORK AVENUE, N.E.**
**WASHINGTON, DC**

### SEARCH WARRANT

CASE NUMBER: 05-625M

TO: _Cynthia Paige Pinson_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by SPECIAL AGENT, Cynthia Paige Pinson who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

See Attachment A

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) See attachment A, B and the affidavit submitted in support of the application for this warrant which attachment A, B and the affidavit are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  28 NOV 2005
                                                                                                    (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

November 15 2005  4:55 pm                    at Washington, D.C.
Date and Time Issued

U.S. Magistrate Judge
Name and Title of Judicial Officer                            Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>11/18/2005 | DATE AND TIME WARRANT EXECUTED<br>11/19/2005 @ 11:00 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>No one present - left at premises |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

See attached inventory of items seized.

FILED
MAR 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_ John M. Facciola    03/27/06
U.S Judge or Magistrate    Date

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

On (date) 11/19/2005
At (time) 2:50 PM
(Name) NOBODY PRESENT
(Location) U-Store
Space Number 3A019
301 New York Avenue, NE, WDC

Item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | 10 pair Nike shoes |
| 2 | 12 pair Nike shoes |
| 3 | 12 pair Nike shoes |
| 4 | 12 pair Nike shoes |
| 5 | 12 pair Nike shoes |
| 6 | 12 pair Nike shoes |
| 7 | 12 pair Nike shoes |
| 8 | 12 pair Nike shoes |
| 9 | 12 pair Nike shoes |
| 10 | 12 pair Nike shoes |
| 11 | 12 pair Nike shoes |
| 12 | 12 pair Nike shoes |
| 13 | 12 pair Nike shoes |
| 14 | 12 pair Nike shoes |
| 15 | 12 pair Nike shoes |
| 16 | 12 pair Nike shoes |
| 17 | 12 pair Nike shoes |
| 18 | 6 North Face coats |
| 19 | 5 North Face coats |
| 20 | 5 North Face coats |
| 21 | 5 North Face coats |
| 22 | 5 North Face coats |
| 23 | 5 North Face coats |

| ITEM# | DESCRIPTION |
|---|---|
| 24 | 8 North Face coats |
| 25 | 12 North Face coats |
| 26 | 11 North Face coats |
| 27 | 11 North Face coats |
| 28 | 11 North Face coats |
| 29 | 11 North Face coats |
| 30 | 12 North Face coats |
| 31 | 12 North Face coats |
| 32 | 11 North Face coats |
| 33 | 12 Louis Vuitton garment bags |
| 34 | 9 Louis Vuitton garment bags |
| 35 | 117 Coach wallets |
| 36 | 39 Coach handbags |
| 37 | 15 Louis Vuitton handbags |
| 38 | 32 Louis Vuitton handbags |
| 39 | 20 Louis Vuitton handbags |
| 40 | 37 Louis Vuitton handbags |
| 41 | 13 Louis Vuitton handbags |
| 42 | 14 Louis Vuitton handbag |
| 43 | 45 Coach hand bags |
| 44 | 105 Louis Vuitton clutches |
| 45 | 40 Coach handbags |
| 46 | 32 Louis Vuitton handbags |
| 47 | 27 Louis Vuitton handbags |
| 48 | 35 Louis Vuitton handbags |
| 49 | 67 Burberry handbags |
| 50 | 40 Coach handbags |
| 51 | 20 Burberry handbags |
| 52 | 24 Louis Vuitton handbags |
| 53 | 40 Coach handbags |

| ITEM# | DESCRIPTION |
|---|---|
| 54 | 14 Burberry handbags |
| 55 | 45 Burberry handbags |
| 56 | 46 Burberry handbags |
| 57 | 20 Burberry handbags |
| 58 | 56 Burberry handbags |
| 59 | 2 Louis Vuitton suitcases |
| 60 | 5 North Face jackets |
| 61 | 48 Louis Vuitton umbrellas |
| 62 | 48 Louis Vuitton umbrellas |
| 63 | 45 Louis Vuitton umbrellas |
| 64 | 39 Coach handbags |
| 65 | 25 Louis Vuitton hats |
| 66 | 43 Coach handbags |
| 67 | 16 Burberry handbags |
| 68 | 12 Pair Nike shoes |
| 69 | 6 Louis Vuitton handbags |
| 70 | 19 Coach wallets |
| 71 | 3 Louis Vuitton wallets |
| 72 | 1 D&B handbag |
| 73 | 2 Lacoste shirts |

| ITEM# | DESCRIPTION | |
|---|---|---|
| | (END OF LIST) | Total of 73 Item(s) Listed |

This is to certify that Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, at the time of conducting a search of my person and/or the property (U-Store Space Number 3A019
301 New York Avenue, NE, WDC) obtained the above listed items. I further certify that the above represents all that was obtained by Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice.

_NoBODY PRESENT_
Signature

Witnessed: _Stephen K. Schmidt_
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

_[signature]_
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice